UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING HENRIQUEZ-SERRANO ) | Case No. CV 09-3182 JST(JC) |
| Petitioner, ) | |
| v. ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| S.A. HOLENCIK, Warden, ) | |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

///
///
///
///
///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 United States Magistrate Judge's Report and Recommendation, and the Judgment
3 herein on petitioner and on counsel for respondent.
4   LET JUDGMENT BE ENTERED ACCORDINGLY.

6   DATED: April 22, 2011

**JOSEPHINE STATON TUCKER**
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE