UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRVING HENRIQUEZ-SERRANO | ) | Case No. CV 09-3182 JST(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S.A. HOLENCIK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody is denied and this action is dismissed without prejudice.

DATED: April 22, 2011

**JOSEPHINE STATON TUCKER**
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE